**ROANNE L. MANN**
**UNITED STATES MAGISTRATE JUDGE**

DATE: __July 31, 2009__
START: __10:00 A.M.__
END: __12:15 pm__

DOCKET NO: _____ 09-CV-308 (FB)

CASE: _____ Shelton v. Turk Hava Yolari A.O.

____ INITIAL CONFERENCE
____ DISCOVERY CONFERENCE
_✓_ SETTLEMENT CONFERENCE

*Premotion conf.*
_✓_ OTHER/ORDER TO SHOW CAUSE
____ FINAL/PRETRIAL CONFERENCE
____ TELEPHONE CONFERENCE

FOR PLAINTIFF: _Thatcher Stone_

_Todd Sloan_

FOR DEFENDANT: _Bart Banino_

_John Maggio + Allison Surcouf_

_____ DISCOVERY TO BE COMPLETED BY_____

_____ NEXT _____ CONFERENCE SCHEDULED FOR_____

_____ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____

PL. TO SERVE DEF. BY:_____  DEF. TO SERVE PL. BY:_____

RULINGS: **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court conducts a settlement conference and premotion confrence. The parties shall respond to the Court's settlement proposal by 8/5/09. If no settlement, counsel shall confer and, by 8/7/09, submit (thru ECF) a joint proposed briefing schedule.