UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
SHAWN SHELTON,

            Plaintiff,

    -against-

TURK HAVA YOLARI A.O. A/K/A TURKISH
AIRLINES INC., DOING BUSINESS IN THE
UNITED STATES AS TURKISH AIRLINES,

            Defendant.
---------------------------------X

Civil Action No.

09-CV-308 (DLI)(RLM)

STIPULATION AND ORDER OF DISCONTINUANCE

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff, SHAWN SHELTON, and the undersigned counsel of record for defendant, TURKISH AIRLINES INC., that, whereas no party is an infant or an incompetent, the above entitled action be, and the same hereby is discontinued with prejudice and without costs to either party, and that the parties agree to keep the terms and conditions of the settlement and all information and documents obtained during discovery confidential unless used in the litigation arising out of this matter, or otherwise by court order, or if the allegations in this case or the terms and conditions of the settlement are disclosed by plaintiff, his counsel or his representatives, without prejudice to the right to seek damages for violation of the terms of this Stipulation, and the parties consent to the jurisdiction of the U.S. District Court for the Eastern District of New York to adjudicate any dispute from the failure to maintain said confidentiality.

THATCHER A. STONE, ESQ.
By /s/ Thatcher A. Stone
    Thatcher A. Stone
    thatcher@thatcher-stone-legal.com
Attorney & Counselor at Law
Attorneys for Plaintiff
6 East 45th Street, Suite 1801
New York, New York 10017-2551
(646) 873-7521

CONDON & FORSYTH LLP

By /s/ Bartholomew J. Banino
    Bartholomew J. Banino (BB 4164)
    bbanino@condonlaw.com
A Partner of the Firm
Attorneys for Defendant
7 Times Square
New York, New York 10036
(212) 490-9100

Case 1:09-cv-00308-RLM   Document 44   Filed 09/22/09   Page 4 of 4

Dated: Brooklyn, New York
September 22, 2009

SO ORDERED:

_____
Hon. Roanne L. Mann
United States Magistrate Judge